**Corvin Jerrod BOLDEN I, Appellant,**

v.

**Officer Mark BEAUPRE, in his individual capacity; Officer Kristin Sturgis, in her individual capacity; Officer John Engle, in his individual capacity; City of Minneapolis, as employer; Nurse Donna Doe, in her individual capacity, Appellees.**

No. 10–2450.

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2011.

Filed: July 5, 2011.

Corvin Jerrod Bolden I, Brooklyn Park, MN, pro se.

Cheryl Lynne Fundingsland, City Attorney's Office, Tracey Nelson Fussy, Gregory P. Sautter, Amanda Trelstad, Minneapolis City Attorney, Minneapolis, MN, for Appellees.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

After a jury rendered a verdict for defendants on Corvin Jerrod Bolden's 42 U.S.C. § 1983 complaint, he moved for post-judgment relief, arguing that the district court's[1] excessive-force instruction was erroneous. The district court denied his motion and Bolden appeals.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minne-

After careful review, this court concludes that the instruction fairly and adequately represents the evidence and the applicable law. *See Campos v. City of Blue Springs, Mo.*, 289 F.3d 546, 551–52 (8th Cir.2002) (standard of review). This court affirms the judgment and denies the pending motion. *See* 8th Cir. R. 47B.